Commonwealth *v.* Deremer, Appellant.

Submitted March 20, 1972. *Paul S. Foreman,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Dudley, Appellant.

Submitted March 13, 1972. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *J. Patrick Clark,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Dukes, Appellant.

Submitted March 13, 1972. *Hugh S. Rebert,* Assistant Public Defender, and *Gerald E. Ruth,* Public Defender, for appellant; *Robert J. Wire, Jr.,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.